COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-13-00664-CV |
| Style: | Tuttle Enterprises, Inc. and Watson & Taylor Management, Inc. |
| | **v** Ray Truitt and Annie Truitt |
| Date motion filed*: | February 7, 2014 |
| Type of motion: | Unopposed Motion to Further Extend Reporter's Deadline |
| Party filing motion: | Appellees |
| Document to be filed: | Evidence from court reporter showing that reporter's fee has been paid |

If motion to extend time:

| | | |
|---|---|---|
| Original due date: | January 9, 2014 | |
| Number of prior extensions: | 1 | Current Due date:  February 7, 2014 |
| Date Requested: | February 28, 2014 | |

Ordered that motion is:

☑ Granted

If document is to be filed, document due:  February 28, 2014

☑ The Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

The deadline for the parties to file written evidence from the court reporter showing that any party has either paid or made arrangements to pay the reporter's fee for preparing the reporter's record is 5:00 p.m., February 28, 2014.  Unless any party provides written evidence from the court reporter showing that the fee has been paid or that arrangements to pay the fee have been made by the deadline, the Court will consider and decide the appeal on those issues or points that do not require a reporter's record for a decision.  *See* TEX. R. APP. P. 37.3(c).

Judge's signature: /s/ Chief Justice Sherry Radack
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀☒ Acting individually　　☐ Acting for the Court

Panel consists of _____

Date:  February 13, 2014

November 7, 2008 Revision